# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFFS DEPT., et al.,<br><br>　　　　　Respondent. | No. SACV 11-824-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of habeas jurisdiction.

DATED: _June 30_, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　United States District Judge